AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

BRYAN JOSEPH GETCHIUS,

*Plaintiff(s)*

v.

GREENWOOD COUNTY; GREENWOOD COUNTY SHERIFF'S OFFICE; DENNIS D. KELLY, in his individual capacity; DAVID BYRON KEENER III, in his individual capacity; WESLEY McCLINTON, in his individual capacity; and JAMES TRAVIS FREEMAN, in his individual capacity,

*Defendant(s)*

Civil Action No. 8:26-CV-1033-JDA-KDW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dennis D. Kelly, Individually
c/o Greenwood County Sheriff's Office
528 Edgefield Street
Greenwood, SC 29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler D. Bailey
BAILEY LAW FIRM, LLC
1430 Richland Street, Columbia, SC 29201
P.O. Box 532
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: March 11, 2026

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Dennis D. Kelly, Individually
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

BRYAN JOSEPH GETCHIUS,

*Plaintiff(s)*

v.

GREENWOOD COUNTY; GREENWOOD COUNTY SHERIFF'S OFFICE; DENNIS D. KELLY, in his individual capacity; DAVID BYRON KEENER III, in his individual capacity; WESLEY McCLINTON, in his individual capacity; and JAMES TRAVIS FREEMAN, in his individual capacity,

*Defendant(s)*

Civil Action No. 8:26-CV-1033-JDA-KDW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Byron Keener III, Individually
c/o Greenwood County Sheriff's Office
528 Edgefield Street
Greenwood, SC 29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler D. Bailey
BAILEY LAW FIRM, LLC
1430 Richland Street, Columbia, SC 29201
P.O. Box 532
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: March 11, 2026

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David Byron Keener III, Individually

was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________

____________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify)*:

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

BRYAN JOSEPH GETCHIUS,

*Plaintiff(s)*

v.

GREENWOOD COUNTY; GREENWOOD COUNTY SHERIFF'S OFFICE; DENNIS D. KELLY, in his individual capacity; DAVID BYRON KEENER III, in his individual capacity; WESLEY McCLINTON, in his individual capacity; and JAMES TRAVIS FREEMAN, in his individual capacity,

*Defendant(s)*

Civil Action No. 8:26-CV-1033-JDA-KDW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Travis Freeman, Individually
c/o Greenwood County Sheriff's Office
528 Edgefield Street
Greenwood, SC 29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler D. Bailey
BAILEY LAW FIRM, LLC
1430 Richland Street, Columbia, SC 29201
P.O. Box 532
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

Date: March 11, 2026

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Travis Freeman, Individually

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

BRYAN JOSEPH GETCHIUS,

*Plaintiff(s)*

v.

GREENWOOD COUNTY; GREENWOOD COUNTY SHERIFF'S OFFICE; DENNIS D. KELLY, in his individual capacity; DAVID BYRON KEENER III, in his individual capacity; WESLEY McCLINTON, in his individual capacity; and JAMES TRAVIS FREEMAN, in his individual capacity,

*Defendant(s)*

Civil Action No. 8:26-CV-1033-JDA-KDW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wesley McClinton, Individually
c/o Greenwood County Sheriff's Office
528 Edgefield Street
Greenwood, SC 29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler D. Bailey
BAILEY LAW FIRM, LLC
1430 Richland Street, Columbia, SC 29201
P.O. Box 532
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

Date: March 11, 2026

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Wesley McClinton, Individually

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

BRYAN JOSEPH GETCHIUS,

*Plaintiff(s)*

v.

GREENWOOD COUNTY; GREENWOOD COUNTY SHERIFF'S OFFICE; DENNIS D. KELLY, in his individual capacity; DAVID BYRON KEENER III, in his individual capacity; WESLEY McCLINTON, in his individual capacity; and JAMES TRAVIS FREEMAN, in his individual capacity,

*Defendant(s)*

Civil Action No. 8:26-CV-1033-JDA-KDW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Greenwood County
c/o County Administrator
600 Monument Street
Greenwood, SC 29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler D. Bailey
BAILEY LAW FIRM, LLC
1430 Richland Street, Columbia, SC 29201
P.O. Box 532
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

Date: March 11, 2026

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Greenwood County

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________

*Server's signature*

______________

*Printed name and title*

______________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| BRYAN JOSEPH GETCHIUS,<br>*Plaintiff(s)*<br>v.<br>GREENWOOD COUNTY; GREENWOOD COUNTY SHERIFF'S OFFICE; DENNIS D. KELLY, in his individual capacity; DAVID BYRON KEENER III, in his individual capacity; WESLEY McCLINTON, in his individual capacity; and JAMES TRAVIS FREEMAN, in his individual capacity,<br>*Defendant(s)* | ) | Civil Action No. 8:26-CV-1033-JDA-KDW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Greenwood County Sheriff's Office
c/o Sheriff Dennis D. Kelly
528 Edgefield Street
Greenwood, SC 29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler D. Bailey
BAILEY LAW FIRM, LLC
1430 Richland Street, Columbia, SC 29201
P.O. Box 532
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: March 11, 2026

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Greenwood County Sheriff's Office
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: